ENTERED
RECEIVED
FILED
LOGGED
OCT 5 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Abraham G. Pinzon,

Social Security Administration -

(PROPOSED), Plaintiff's,

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Social Security Administration,

California Dept. Health Care Svcs.,

U.S. Dept. Health & Human Services,

Mendocino County Health & Human
   Services Agency,
U.S. District Courts of California.

Defendants.

**Complaint for a Civil Case**

Case No. JRK 23 cv 2714

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes   ☐ No
                *(check one)*

EXPEDITED PROCEEDINGS
REQUESTED
 SEEKING PUNITIVE DAMAGES-
  UNDER TITLE 42 SECTION 1983
CITATIONS:CONSTITUTION AM'T XIV,
USC 2009 42 sec. 1983& 1985,
USC 28- 1343(a)(1)(2)(3)-ACTIONS
FOR DEPRIVATIONS&FURTHERANCE THAT
ANY PERSON FAILS TO PREVENT
TITLE VI OF CIVIL RIGHTS ACT 1964
MALADMINISTRATION;DIFFERENT SER'CE
U.S. CONST. ARTICLE VI # 2-
JUDGES BOUND TO U.S. LAWS
EXHIBITS ATTACHED

## "ACTION" BRIEF

#1) Pinzon was constantly targeted for harassment to rightful public benefits administration, free from deprivations to his right to process's that are mandatory from U.S.D.H.H.S. laws.

#2) Under color of law defendants defrauded Pinzon with repeated actions of malice & indifference to intentional theft of S.S.A. funds.

#3) With affirmative duty to act under the laws of the U.S., the F.R.C.P. & the Constitution: defendants repeatedly neglected to prevent violations to the integrity of U.S. programs & institutions.

#4) Bias to the nation state conflicts with commitments to U.S. Gov't.

PAGE 1 OF 40

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Abraham G. Pinzon |
| Street Address | 32950 Boice Ln. |
| City and County | Ft. Bragg,  Mendocino |
| State and Zip Code | Calif., 95437 |
| Telephone Number | 510- 363- 0522 |
| E-mail Address | pinzonabe@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Social Security Administration |
| Job or Title (if known) | |
| Street Address | 6401 Security Blvd. |
| City and County | Baltimore |
| State and Zip Code | Maryland, 21235 |
| Telephone Number | |
| E-mail Address (if known) | |

Pg. 2

2

Defendant No. 2

| | |
|---|---|
| Name | CALIF. Dpt.Health Care Svcs. |
| Job or Title (if known) | (Medi-cal pregram) |
| Street Address | 1501 Capitel Ave, Suite 5001 |
| City and County | Sacramente, Sacramente |
| State and Zip Code | Calif., 95814 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Administrative Office ef the U.S.Ceurts |
| Job or Title (if known) | fer the U.S. Ceurts, ef Calif.(preneticed) |
| Street Address | Celumbus Circle N.E., |
| City and County | Washingten D.C. |
| State and Zip Code | District ef Celumbia, 20544 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | U.S. Dept.Health&Human Svcs. |
| Job or Title (if known) | |
| Street Address | 200 Independence Ave SW, |
| City and County | Washingten D.C. |
| State and Zip Code | Distriict ef Celumbia, 20201 |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

Defendant No. 5

     Mendocino County Health & Human Services Agency

     501 Low Gap Road # 1030

     Ukiah, CA. 95482

     Mendocino County, CA.

Pg. 4

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    XX  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC 2009 Title 42 sec.1983-'86.+ USC 28 sec. 1343 (a)(1),(2),(3).
Article VI of Constitution of U.S. #2- Supreme Law of Land
Constitution-Amendments IV & XIV- section 1.(security;deprivation)
Title VI Of Civil Rights Act 1964- Discrimination to equal svcs.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

Pg.5

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

Aggregious intent to evade accountability, to original public corruption violations; the cover-up acts & omissions to subvert fidelity to federal benefit programs: regardless of motivations, be it indifference subversion or hate. Intents to delay & deter civil process, overpowering paupers to intimidate against seeking damages for deliberate, repeated offenses that were intended to harm & did.

Pg. 6

5

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

#1) The State(DHCS), accompliced the County(HHSA) in repeatedly disregarding U.S.D.H.H.S. protocols for producing justification to establish Federal Documents (Exhibit A ) to the Social Security Administration(SSA): that intended to deprive Pinzon of substantial deductions to existential income: False claims on federal forms are:conspiracy to commit wire fraud against the United States. DHCS & HHSA refuse to be accountable after a year & a half of being noticed.(to produce documents that support integrity to EX.A .

#2) U.S.D.H.H.S. & U.S. Courts of Calif., are in disregard to the laws of the U.S. and the Constitution:when the State of Calif. is at stake. Influence at these Agencies is atrocious disregard to the U.S. Republic.Where sudden & obvious professional conduct is non-existant. The nation state owns the federal government in Calif. Failures to prevent; interference to prosecute and obstruction of justice is due to stated previsions in-basis for jurisdiction; plus what amounts to subversion & graft from - U.S.D.H.H.S. & U.S. Courts of CA. Consistent failures to duty, malfeasance, misfeasance suppottable by on record documents support Pinzen's claim to non-existant accommodations:

#3) The Social Security Admin. as defendant is an entity that disregards fidelity to the programs; & the administration of the programs. As defendant would be okay with beneficiaries being terrorized with abuses to & the harms of weaponizeing payments to ethnically cleanse their population. As a Plaintiff S.S.A. would quickly be able to afford absolute affirmation to Pinzon's claims of fraud to the program.

PG.7

Plaintiff claim against Social Security Admin.(SSA)

CLAIM 1) SSA should be a willing co-plaintiff. If it has to be that instead I have to sue SSA; it's because enabling & empowering embezzlement to recipients.

S.S.A. might want to bolster the oversight aspect pf the Administration. As the U.S. becomes more third world in jurisdictions like Ft. Bragg vulnerable recipients get taken. Not only by the public, but authority who finds ways to utilize & advantage for personal agendas.

Like my neighbor as attached exhibit touches on: how long standing corruption utilizes vulnerable addict  with an income & home.

That multiple forms of embezzlement is practiced by Mendocino HHSA. The SSA funds & home theft.

Attached exhibit shows the extent of oversight: U.S.D.H.H.S. letter from Leoz. He has double talk problems acknowledges & denies existance of anything or anybody. He has a boss that needs no political upsets about the state gov't operations.

Be clear these demands for SSA money have net the credibility of a penny. As such please imagine how I feel, that these gov'ts conspired to dehouse for residency on state highway drainage ditches.

Also recall Pinzen came to the SSA; filing & citing that wage theft & impuned wage theft had me unable to work or concentrate because of the resulted homicidal rage.

Here this similar scenario has acquisition to similar decompensation. Tiers of Justice w'd be better served w/ SSA as Plaintiff.

PAGE *8* OF ____ *[JDC TEMPLATE – 05/17]*



r 04 17 10:05a                                                                p.1

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: April 3, 2017
Claim Number: 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HA

0040377  00229041      1 AB  0.403 0327M1T2R5PN T661 P36
ROBERTA MELDRUM FOR
ABRAHAM G PINZON
23766 FAIRLANDS RD
HAYWARD CA 94541-4463



We are writing to you about ABRAHAM PINZON's Social Security benefits.

### What You Should Know

The State of California will no longer pay ABRAHAM PINZON's Medicare Part B (medical insurance) premiums after February 2017. He must pay the premiums starting March 2017.

### What We Will Pay And When

- You will receive $577.00 for April 2017 around May 3, 2017.

- After that you will receive $845.00 on or about the third of each month.

### Information About Medicare

We deduct Medicare medical insurance (Part B) premiums 1 month in advance.

We are deducting past-due premiums from ABRAHAM PINZON's check.

### To Cancel This Insurance

If you want to cancel ABRAHAM PINZON's Medicare Part A (hospital insurance) or Part B (medical insurance), please contact us. If you cancel his insurance, the date his coverage stops depends on when you cancel it:

- If you cancel it within 30 days from the date of this letter, his coverage stops when the State stops paying his premiums.
- If you cancel it after 30 days but within 6 months from the date of this letter, his coverage stops at the end of the month in which you ask us to cancel it.
- If you cancel it after 6 months from the date of this letter, his coverage stops at the end of the next month after you contact us.

Pg. 9

See Next Page

**EXH. A**

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: ~~January 25, 2018~~
Claim Number: 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HA

0018436  00046764       1 AB  0.403  1227M1T2R5PN T157 P17
ROBERTA MELDRUM FOR
ABRAHAM G PINZON
23766 FAIRLANDS RD
HAYWARD CA 94541-4463

We are writing to you about ABRAHAM PINZON's Social Security benefits.

### What You Should Know

~~The State of California will no longer pay ABRAHAM PINZON's Medicare Part B (medical insurance) premiums after November 2017. He must pay the premiums starting December 2017.~~

### What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $597.00 for January 2018 around February 2, 2018.

- After that you will receive $865.00 on or about the third of each month.

### Information About Medicare

We deduct Medicare medical insurance (Part B) premiums 1 month in advance.

We are deducting past-due premiums from ABRAHAM PINZON's check.



C

PAGE 10        See Next Page

CONSTITUTION OF THE UNITED STATES

ARTICLE VI. GENERAL PROVISIONS

ARTICLE VI-2. SUPREME LAW OF THE LAND

2.) This Constitution, & the laws of the United States which shall be made in pursuance thereof;... under the authority of the United States, shall be the supreme law of the land; AND THE JUDGES IN EVERY STATE SHALL BE BOUND THEREBY, any thing in the Constitution or laws of any state to the contrary is not with standing.

PLAINTIFFS CLAIM # 1 v. U.S. COURTS OF CALIF.

JUDGES IN THIS MATTER #1, #2, #3 act to disregard their attachment to the Constitution & laws of the U.S.; with favortism to the government of Calif. CLAIM OF BIAS

U.S. CODE 2009 TITLE 42 sections 1983-1986 of Chapter 21 of the public health & Welfare Code which includes the charge of conspiracy to interfere with civil rights & DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES & NEGLECT TO PREVENT "MERE NEGLIGENCE TO ACT ON THE PART OF THE DEFENDANT WILL BE SUFFICIENT TO ATTACH LIABILITY" under section 1986.

PLAINTIFFS CLAIM # 2 v. U.S. COURTS OF CALIF.

JUDGES # 1- 5 acted with predisposition & malicious disregard to Pinzon's Constitutional rights & the privileges of U.S. laws & the process & proceedings that the Federal Rules of Civil Procedure allow & demand. CLAIM OF PREJUDICE, DIFFERENT SERVICE, DISCRIM.

PLAINTIFF NOTICES THE COURT- PATTERN OF PRACTICE to oppression fraud and malice will be exhibited

contin.claims v.U.S. Courts of CA..

PINZONS CLAIM # 3- For injury from deprivation & furtherance to damages & enabling violators through failure to prevent.In blatant disregard to Plaintiff citations dictating the wrong in non-action.

The Courts @ Divisions in Sacramento,. Eureka,. San Francisco in the  Eastern &  Northern Districts consistently presented fake access to accommodations to the administration to/of justice.

While the Plaintiff is gravely serious in bringing these harms to light: the judiciary is playing games.

Rather than progressing viable Federal Gov't. business I've had to dodge predators allegiant to the nation state.

Instead of just violators we have accomplices in cover-up,. to prosecute.

It's a disgusting look; that the garbage state gov't has taken control of the Federal Gov't in Calif. Does not bode well for victims of the State looking for civil resolve.

It's not the 100 years of entitlement & dedication that Barnes,. Beeler,. Mueller & Calabretta have; it's their disregard to codes of conduct & apprehension & resistance to equal treatment.

Chief Judge Mueller calls for a Findings & Recommendations pro-ceeding. Barnes 6 months w/ Federal govt. files a recommendation with no basis in reality to her filing. The F.B.I. will continue to recieve civil rights complaints against Barnes.

With the state of Calif. as main defendant; Barnes had no mention of them. She could not name a single defendant; could not "Find" one.. This Court should know this intentional behavior is method to operating for the State Gov't I have experienced & that has made me a rabid enemy of the State Gov't..

PAGE 2 OF ___ [JDC TEMPLATE – 05/17]

- 8 -

Barnes acts to benefit the defendant State of Calif. To do so she can deliver to the record nothing that Pinzon has filed in previous months. Makes no mention to Plaintiffs claim to incontrovertible proof, & that Defendants have been unable to  respond on or off record & that 100 pages is on the record. Deception, concealment are characteristics of a predator.

Judge Mueller, she thinks; that tier of justice for Pinzon; is Constitutional.

When you are objective & follow codes of conduct &Rules of Civil Procedure; you won't labor ever should you reveal your lack of fi- delity to the United States Government.

You can't analyze what is not spoken of. Deletion to facts, ev- idance, parties-is hardly good faith consideration.

My Complaint in Sacramento Division was as cognizable as this filing: Barnes wants the record to reflect Pinzon is a wetback & has no standing in this country. Then wants to kick dirt on the wetback claiming delusion: all while prostituting her appointment to benefit the State of Calif. against crimes to the United States! Causeing injury to 3rd class citizen: that's not covered by the Constitution.

A victim likes nothing more than a-immpuniter to the predator. PUNITIVE DAMAGES are supported by subverting the matter.#2) Di- verting the focus(waste court time). #3) omitt evidence #4) insu- late defendants with malpractice. #5) Disregard issuing separate treatment. #6) Defame to cultivate disabling hate. #7) Give an ill- usion of process to obstruct justice. #8) Bring nothing to the record that the Plaintiff submitted; if it would look bad to the defendants & allegiant government to Barnes.

PAGE 13 OF ___   [JDC TEMPLATE - 05/17]

- 8 -

A respected Judge can present the filing not hide it & then say it's deficient. Present content of case law without presenting the matter.

Barnes page 1, line 22 "complaint consists of allegations... vs. the Northern District of California" The Heading includes Calif., but Barnes' defects start at the second sentence.

Barnes states the Northern District but comes to conclusions in regard to judicial personnel having .. quasi...immunity...

Inserting her own delusional agenda to mask her obstruction.

The Barnes impropriety caused Pinzon to amend to include the Eastern District & change suit to US Courts of CA. & get the hell out of Calif. courts., supposedly upholding U.S. laws; unless California operatives are to be prosecuted.

Pinzon claims Chief Judge Mueller failed her administrative responsibilities: Canon 1 it won't take a legal scholar to note the low standard of conduct associated with "Findings" order. Independence; when you make no mention of the employer of 6 months prior, to be a defendant that's obvious non independence.

Canon 3 Decorum to a Findings & Recommendations proceedings. A filing that can state no findings to facts in support of recomendations is a joke. Barnes intends on the outset to assure that Pinzon is not heard.

Chief Mueller fails to correct these unprofessional incompetent performance to court administration: which means she is good with it. She's good with low standards & ignoring disciplinary measures.

Disqualification of the U.S. Courts in Ca. due to integrity voids & impartialities ewhere federal laws do not apply to Calif. defendants & politics intercedes with administering justice.

PAGE 14 OF ___ [JDC TEMPLATE – 05/17]

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

**ABRAHAM G. PINZON ,**

       vs.

**CALIFORNIA DEPARTMENT OF
HEALTH CARE SERVICES , ET AL.,**

CASE:  **2:23–CV–00008–DJC–DB**

**ORDER OF REASSIGNMENT**

_____ /

The court, having considered the appointment of **District Judge Daniel J. Calabretta**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby **REASSIGNED** from **District Judge Dale A. Drozd** to **District Judge Daniel J. Calabretta** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **2:23–CV–00008–DJC–DB**

All pending motions are submitted without appearance and without oral argument pursuant to Local Rule 230(g) and the hearing on said motions is VACATED.  If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly.  Further, all pretrial conference and trial dates currently set in this reassigned action are vacated and shall be reset, as necessary, by the reassigned Court. ,

DATED:  April 6, 2023

CHIEF UNITED STATES DISTRICT JUDGE

Pg. 15

EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM G. PINZON,                                    No. 2:23-cv-0008 DJC DB PS

                        Plaintiff,

        v.                                            ORDER AND

CALIFORNIA DEPT. OF HEALTH                            FINDINGS AND RECOMMENDATIONS
CARE SVCS.,

                        Defendants.

        Plaintiff Abraham G. Pinzon. is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Pending before the court are plaintiff's complaint, motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and motions to appoint counsel. (ECF Nos. 1, 2, 4 & 6.) The complaint consists of allegations asserted against the Northern District of California.

        The court is required to screen complaints brought by parties proceeding in forma pauperis. See 28 U.S.C. § 1915(e)(2); see also Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc). Here, plaintiff's complaint is deficient. Accordingly, for the reasons stated below, the undersigned will recommend that plaintiff's complaint be dismissed without leave to amend.

////

Pg.16                                                 1

## I.    Plaintiff's Application to Proceed In Forma Pauperis

Plaintiff's in forma pauperis application makes the financial showing required by 28 U.S.C. § 1915(a)(1).  However, a determination that a plaintiff qualifies financially for in forma pauperis status does not complete the inquiry required by the statute.  "'A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.'"  Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998) (quoting Tripati v. First Nat. Bank & Trust, 821 F.2d 1368, 1370 (9th Cir. 1987)); see also McGee v. Department of Child Support Services, 584 Fed. Appx. 638 (9th Cir. 2014) ("the district court did not abuse its discretion by denying McGee's request to proceed IFP because it appears from the face of the amended complaint that McGee's action is frivolous or without merit"); Smart v. Heinze, 347 F.2d 114, 116 (9th Cir. 1965) ("It is the duty of the District Court to examine any application for leave to proceed in forma pauperis to determine whether the proposed proceeding has merit and if it appears that the proceeding is without merit, the court is bound to deny a motion seeking leave to proceed in forma pauperis.").

Moreover, the court must dismiss an in forma pauperis case at any time if the allegation of poverty is found to be untrue or if it is determined that the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  See 28 U.S.C. § 1915(e)(2).  A complaint is legally frivolous when it lacks an arguable basis in law or in fact.  Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984).  Under this standard, a court must dismiss a complaint as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless.  Neitzke, 490 U.S. at 327; 28 U.S.C. § 1915(e).

To state a claim on which relief may be granted, the plaintiff must allege "enough facts to state a claim to relief that is plausible on its face."  Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007).  In considering whether a complaint states a cognizable claim, the court accepts as true the material allegations in the complaint and construes the allegations in the light most favorable to the plaintiff.  Hishon v. King & Spalding, 467 U.S. 69, 73 (1984); Hosp. Bldg. Co. v. Trustees of Rex Hosp., 425 U.S. 738, 740 (1976); Love v. United States, 915 F.2d 1242, 1245

2

(9th Cir. 1989). Pro se pleadings are held to a less stringent standard than those drafted by lawyers. Haines v. Kerner, 404 U.S. 519, 520 (1972). However, the court need not accept as true conclusory allegations, unreasonable inferences, or unwarranted deductions of fact. Western Mining Council v. Watt, 643 F.2d 618, 624 (9th Cir. 1981).

The minimum requirements for a civil complaint in federal court, as explained by Rule 8 of the Federal Rules of Civil Procedure ("Rules"), are as follows:

> A pleading which sets forth a claim for relief . . . shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks.

Fed. R. Civ. P. 8(a).

## II.    Plaintiff's Complaint

The complaint alleges that the court of the "S.F. Division" of the Northern District of California "has denied accommodation to procedures from the Federal Rules of Civil Procedure," and provided "aid and comfort to violators that conspire to commit wire fraud against the United States." (Compl. (ECF No. 1) at 5-6.) In this regard, the complaint alleges that "Clerk for Judge Beeler treats this Plaintiff differently," and that "Judge Illman acted automatically to interfere with Plaintiff's civil rights." (Id. at 6.) That "Judge Chhabria was absent from judicial duties in his abandonment." (Id.) And that the "Northern District's intent; with their low balled level of sub standard accommodations" is to "intimidate" plaintiff. (Id.)

"[T]he in forma pauperis statute . . . 'accords judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless.'" Denton v. Hernandez, 504 U.S. 25, 32 (1992) (quoting Neitzke, 490 U.S. at 327). "Examples of the latter class are claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar." Neitzke, 490 U.S. at 328.

Here, the complaint's allegations are clearly baseless. Even assuming, *arguendo*, that the complaint's allegations were not baseless, judges are generally absolutely immune from civil liability for actions taken in their judicial capacity. Mireles v. Waco, 502 U.S. 9, 11-12 (1991).

Pg.18                     3

And "[a]bsolute judicial immunity is not reserved solely for judges, but extends to nonjudicial officers for 'all claims relating to the exercise of judicial functions.'" In re Castillo, 297 F.3d 940, 947 (9th Cir. 2002) (quoting Burns v. Reed, 500 U.S. 478, 499 (1991) (Scalia, J., concurring in part and dissenting in part)). In this regard, judicial personnel "have absolute quasi-judicial immunity from damages for civil rights violations when they perform tasks that are an integral part of the judicial process." Mullis v. U.S. Bankruptcy Court for Dist. of Nevada, 828 F.2d 1385, 1390 (9th Cir. 1987). Thus, the complaint's allegations concerning defendants' conduct as it relates to the judicial process in the Northern District are barred by immunity.

## III.    Leave to Amend

For the reasons stated above, plaintiff's complaint should be dismissed. The undersigned has carefully considered whether plaintiff may further amend the complaint to state a claim upon which relief can be granted. "Valid reasons for denying leave to amend include undue delay, bad faith, prejudice, and futility." California Architectural Bldg. Prod. v. Franciscan Ceramics, 818 F.2d 1466, 1472 (9th Cir. 1988); see also Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bureau, 701 F.2d 1276, 1293 (9th Cir. 1983) (holding that while leave to amend shall be freely given, the court does not have to allow futile amendments).

Here, given the defects noted above, the undersigned finds that granting plaintiff leave to amend would be futile.

## IV.    Appointment of Counsel

On February 15, 2023, and April 3, 2023, plaintiff filed motions seeking the appointment of counsel. (ECF Nos. 4 & 6.) Plaintiff is informed that federal district courts lack authority to require counsel to represent indigent plaintiffs in civil cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). The court may request the voluntary assistance of counsel under the federal in forma pauperis statute, but only under exceptional circumstances. See 28 U.S.C. § 1915(e)(1); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the plaintiff's

////


4

ability to articulate his or her claims. <u>See</u> <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

Here, in light of the above analysis, the undersigned cannot find at this time that the exceptional circumstances test has been satisfied.

## CONCLUSION

Accordingly, for the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 15, 2023 motion to appoint counsel (ECF No. 4) is denied without prejudice to renewal; and

2. Plaintiff's April 3, 2023 motion to appoint counsel (ECF No. 6) is denied without prejudice to renewal.

Also, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's January 3, 2023 application to proceed in forma pauperis (ECF No. 2) be denied;

2. The complaint filed on January 3, 2023, be dismissed without prejudice; and

3. This action be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 24, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\pinzon0008.dism.f&rs



5

Abe Pinzon
32950 Boice Lane
Ft. Bragg, CA 95437
510-363-0522

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM G. PINZON,

   Plaintiff,

v.

CA. DEPT. HEALTH CARE SVCS.
MENDOCINO CTY. HEALTH, HUMAN
SVCS. AGENCY, U.S. D.H.H.S.,
NORTHERN DISTRICT COURT

   Defendants.

No. 2:23-cv- 00008 DJC DB

OBJECTIONS TO MAGISTRATE
JUDGE'S FINDINGS AND RE -
COMENDATIONS"
NOTICE TO CHIEF JUDGE MUELLER
THIS PLEADING DOUBLES AS AN
INITIAL ETHICS COMPLAINT AND
FOR REMOVAL OF MAGISTRATE
BARNES: DUE TO BIAS, CONFLICT
OF INTEREST, PREJUDICE, PERP-
ETRATING FRAUD ON THE COURT,
AID TO CORRUPTION

Thank you Chief Judge Mueller for your appearance and assignment Thank you Judge Calabretta for your precious time, and WELCOME.

MATTER SUMMARY

Since Magistrate Barnes provided an incomplete representation to this case; I'll have to. I've provided a brief for reference and be referring to the exhibits within.

The State & County defendants through U.S. D.H.H.S., have proto-col & process's to follow as managers to these Federal programs.

In exhibit A, above parties submit to the Social Secutity Admin. false claims on that federal form to in conspiring to commit wire fraud against the United States & Pinzon.

Their is no little fraud, & the need to know the depth of the fraudto the public; & who & why are the targets. Because comfort

P.21   FILED MAY 8   PAGE 1 OF 9

(11)

Abraham Pinzon
32950 Boice Ln.
Ft. Bragg, CA. 95437
510-383-0522

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

ABRAHAM PINZON,

     Plaintiff,

  v,

CA. DEPT. HEALTH CARE SERV.,
ET. AL.,

     Defendants.

No. 2: 23-cv- 00008 DJC DB

OBJECTIONS TO MAGISTRATE "FIND*
INGS".

ETHICS COMPLAINT "NOTICE" TO
CHIEF JUDGE MUELLER

Plaintiff claims to deprivation of rights from the State of Calif. Supplies irrefutable evidence as proof. Magistrate Barnes examples and mimics treatment that black people are routinely disregarded to the most basic of rights, even while the federal government protocol demands equal rights,1Barnes is still promulgating disdain and disregard from Calif. racist patterns to discriminate.

The basic principles of a findings order are dissolved, missing in the judicial proceeding. No identifieing the Parties. No reveal to charges, claims, evidence. This reflects the value that Barnes projects on Pinzon. No protocol needed. No process needed. A "just send the nigger home"attitude, typical of the State gov't that I know. Nothing to see here $t_a$ctic.

While Pinzons value is projected as valueless, from Barnes, while special treatment is asserted to provide to her superiors

P6.22   FILED MAY 10 PAGE 1 OF 3

Abraham Pinzon
32950 Boice Ln.
Ft. Bragg, CA. 95437
510-363-0522

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Abe Pinzon,

Plaintiff,

v.

California Dept. Health

Care Svcs., et.al.

Defendants.

CASE NO. 23-CV-00008  DC

RULE 60 (b)(3),(6),(d)(3)
RULE 61
MOVANT SEEKS RELIEF W/ A NEW
& INDEPENDENT ACTION: CONFLICT,
DEFECT, INTENTIONAL EXCLUDING
EVIDENCE, MISREPRESENTATION,
MISCONDUCT FROM "FINDINGS"
ORDER IS FRAUD FROM OPPOSING
PARTY-DISTRICT COURTS OF CALIF.

U.S. DISTRICT COURTS OF CALIFORNIA
ARE A CONFLICT OF INTEREST W/ PROSECUTING CALIF.

PINZON WILL BEAR THE BURDEN of obtaining jurisdiction in this Federal Government business: in venues of the U.S. District Courts outside of California.

Due to amending complaint; venue is no longer appropriate in this District. No accommodations to Court process is evident, & hostile.

Substantial rights are disregarded, dismissed, minimized: fraud on the Court is abusive & irreparable IRRE-ct, allegiance to the State and racism. Colleaque on colleaque oversight does not work.

Unfair situation for Judge Callabrati, unfair to plaintiff & unfair to the defrauded U.S. government's right to accountability.

DATED: JULY 4, 2023

Abraham Pinzon

**Other Events**
3:22-cv-07277-LB Pinzon v. Leoz et al

ADRMOP,ProSe

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 1/23/2023 at 10:09 AM PST and filed on 1/23/2023
**Case Name:**        Pinzon v. Leoz et al
**Case Number:**      3:22-cv-07277-LB
**Filer:**
**Document Number:** 11

**Docket Text:**

**CLERKS NOTICE RESETTING CASE MANAGEMENT CONFERENCE TIME. Initial Case Management Conference set for 2/16/2023 at 11:00 AM is reset to 9:30 AM in San Francisco - Videoconference Only. Case Management Statement due by 2/9/2023. This proceeding will be held via a Zoom webinar.**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/lb**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

**(ejk, COURT STAFF) (Filed on 1/23/2023)**

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

**3:22-cv-07277-LB Notice has been electronically mailed to:**

**3:22-cv-07277-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Abraham G. Pinzon
32950 Boice Lane
Ft. Bragg, CA 95437

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Clerk's Notice Setting by Zoom.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/23/2023] [FileNumber=19903578-0]

PGE. 24

20

ABE PINZON
32950 BOICE LN.
FT. BRAGG, CA 95437
JT-367-0532

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ABE PINZON,

    PLAINTIFF,

CASE NO. -22-CV-7277-LB

TERMINATION

V.

MICHAEL LEOR, et al,

    DEFENDANTS.

22-CV-7277-LB IS TERMINATED.

FAIL TO RENDER AID.

DATE: JANUARY 28, 2023

ABE PINZON, PROSE

PG. 25

(19)

**Other Orders/Judgments**

3:22-cv-07277-LB Pinzon v. Leoz et al

ADRMOP,ProSe

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered on 12/30/2022 at 12:44 PM PST and filed on 12/30/2022

**Case Name:**       Pinzon v. Leoz et al

**Case Number:**      3:22-cv-07277-LB

**Filer:**

**Document Number:** 10

**Docket Text:**
NOTICE AND ORDER: The attached notice and order notifies the plaintiff of resources available, attaches the district's handbook for litigants who do not have a lawyer, includes a flyer for contacting the court's help desk and instructs the plaintiff about serving the defendants. Signed by Judge Laurel Beeler on 12/30/2022. (Attachments: # (1) Self Help Flyer, # (2) Pro Se Handbook) (ejk, COURT STAFF) (Filed on 12/30/2022)

---

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

3:22-cv-07277-LB Notice has been electronically mailed to:

3:22-cv-07277-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:

Abraham G. Pinzon
32950 Boice Lane
Ft. Bragg, CA 95437

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\fakepath\Pro Se Notice and Order.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=12/30/2022] [FileNumber=19851036-0
] [34a054f56f70418b7153d6f820d042ec9e2a38a7d08bcd00075585616622e6270c1
9f55ee4853295f74338f91afa716211cd5b294a164675b0a56a0f69a41721]]
Document description: Self Help Flyer
Original filename:C:\fakepath\Self Help Flyer_SF.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=12/30/2022] [FileNumber=19851036-1
] [383805d38bb1abeefe0b3396bb12eb1680ba7b6f115e87e85de72d56450f37f1f1e
6cdfee50e9ad1a087bf9f6fe907a35c4cf6b6ebf33f6ec4b356dccabea736]]
Document description: Pro Se Handbook
Original filename:C:\fakepath\Pro_Se_Handbook_2020_links.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=12/30/2022] [FileNumber=19851036-2

Pg. 26

 18

- 8 -

Plaintiffs claims against Dept. Health Cafe Svcs.(DHCS)

#1) Exhibited false claims to the Administration to embezzle existential funds from pauper Pinzon to the surplusd account of the nation state.

#2) Obviously rules do not applyto the nation state since one year later; again DHCS formulated another false claim; deducted funds again with not a single process for support.

#3) Fielding the fraud & hate; to retain what the federal gov't intended laid waste to putting together a back to work agenda.

#4) This continued fight; that DHCS cannot exonerate themselves choose to extenuate through white silence & enjoy comrades sub-verting the federal judiciary w/ their improprieties & impar-tiality-insulating your criminality.

PAGE 27 OF ___ *[JDC TEMPLATE – 05/17]*

*5*

IFP_PENDING,PRO_SE

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:23-cv-00008-DAD-DB
## Internal Use Only

| | |
|---|---|
| (PS) Pinzon v. California Dept. Health Care Serv. et al | Date Filed: 01/03/2023 |
| Assigned to: District Judge Dale A. Drozd | Jury Demand: None |
| Referred to: Magistrate Judge Deborah Barnes | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

### Plaintiff

**Abraham G. Pinzon**                    represented by **Abraham G. Pinzon**
32950 Boice Lane
Ft. Bragg, CA 95437
707-964-2632
PRO SE

V.

### Defendant

**California Dept. Health Care Serv.**

### Defendant

**Health and Human Svcs. Agency**

### Defendant

**U. S. Northern District Court of California**

### Defendant

**Office of Civil Rights**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2023 | 1 | COMPLAINT against California Dept. Health Care Serv., Health and Human Svcs. Agency, Office of Civil Rights, U. S. Northern District Court of California by Abraham G. Pinzon. (Attachments: # 1 Civil Cover Sheet)(Rodriguez, E) (Entered: 01/04/2023) |
| 01/03/2023 | 2 | |

76.28

**EXH. B**

FILED

APR 18 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Abraham G. Pinzon
P.O. Box 735
Yosemite, Ca., 95389
pinzonabe@gmail.com
510 363-0522

For Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMI

A.Pinzon, Stan Lodarski,
U.S.D.H.H.S., Social
Security Administration
           Plaintiff,
      vs

Mendocino County,
Health &Human Services
      Defendants.

**CV22   2988**

CASE NO.

REQUIRED JOINDER OF PARTIES

Plaintiff notes to the Court: deceit, another means of perpetrating fraud, exists where there is a misrepresentation or contrivance by words or acts to deceive a third person who, relying thereupon without carelessness or neglect on his own part, sustains damage.

Definitions of fraud coincide with the acts Plaintiff asserts. Rule 19 F.R.C.P. suggest that in the absence of the State of California as co-conspirators to false documents including Plaintiff's EXHIBIT 2; that the Court cannot accord complete relief among existing parties. Rule 19 (a) (1) Required Party (A).

The Plaintiffs in especially the United States plaintiffs would appreciate your consideration and ruling to this regard.

ABRAHAM G. PINZON



Plaintiffs claim against U.S. D't.Health&Human Services

#1) Maladministration- Your Office acted on my complaint; you act to cover-up for the nation state: with Sept. 21 2022 "letter" stating "otherwise". As a regional manager you are also " any person " as prescribed by statute. Therefore neglecting to prevent applies to people like you; as per statute.

#2) Deflection campaign stress's the aggregiousness of your nation state's actions. That you go out of your way to inter-fere into the prosecution of. Trying to discredit Pinzon with references that signal inferrences to medical conditions. You are a real piece of work.

#3) Enabling & empowering fraud on the U.S. & Pinzon. Allowing repeated corruption to the programs where you have stature: is truly subversion. Intending to benefit the nation state for political reasons; has you Leoz a diversioner to this program as a political operative, which is graft.

#4) The Department seems to have an accommodations problem as Exhibited: failure to accommodate is evidented.

NOTICE TO THE COURT

Punitive damages could not be stressed more when the truths can come to confirmation. You will find viciousness to attempt to obstruct the facts that are as stated by the Plaintiff.

**EXH. B**

*3*



| | |
|---|---|
| **DEPARTMENT OF HEALTH & HUMAN SERVICES** | **OFFICE OF THE SECRETARY** |
| Voice - (800) 368-1019 | **Office for Civil Rights, Pacific Region** |
| TDD - (800) 537-7697 | **90 7th Street, Suite 4-100** |
| FAX - (415) 437-8329 | **San Francisco, CA 94103** |
| http://www.hhs.gov/ocr/ | |

September 21, 2022

Abraham Pinzon
39250 Boice Lane
Ft. Bragg, CA 95437

OCR Transaction Number: 22-473012

<u>Pinzon, Abraham vs Mendocino County Sheriff Office</u>

Dear Mr. Pinzon:

On March 14, 2021, the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), received correspondence from you.

OCR enforces Federal civil rights laws that prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Based upon our review of your correspondence, we have determined that OCR will not investigate your complaint. OCR does not have jurisdiction over Mendocino County Sheriff Office, as it does not receive Federal financial assistance from HHS. We are closing your complaint and will take no further action regarding the issues you have raised.

Thank you for bringing this matter to our attention. We regret that we are unable to assist you.

Sincerely,

Michael Leoz
Regional Manager

Pg.31            (14)



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  **OFFICE OF THE SECRETARY**

Voice - (415) 437-8310, (800) 368-1019
TDD - (415) 437-8311, (800) 537-7697
FAX - (415) 437-8329
http://www.hhs.gov/ocr/

Office for Civil Rights, Pacific Region
90 7th Street, Suite 4-100
San Francisco, CA 94103

April 18, 2017

Mr. Abraham Pinzon
32950 Boice Lane
Fort Bragg, CA   95437

Re:  OCR Transaction Number:  17-260590

Dear Mr. Pinzon:

On January 18, 2017, the Office for Civil Rights (OCR), Department of Health and Human Services (HHS), received correspondence from you.

OCR enforces Federal civil rights laws that prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age, and, under certain circumstances, sex and religion.  OCR also has jurisdiction over health plans, health care clearinghouses, and certain health care providers with respect to enforcement of the Privacy, Security, and Breach Notification Rules promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Based upon review of your correspondence, we have determined that OCR will not investigate your complaint.  We see no connection between your concerns and any alleged discriminatory act prohibited by the regulations enforced by OCR.  Please be aware that OCR has no jurisdiction over allegations of assault and battery.  We are closing your complaint and will take no further action regarding the issues you have raised.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

Thank you for bringing this to our attention.  We regret that we are unable to assist you in this matter.

Sincerely,

Michael Leoz
Regional Manager

P6.32



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Voice - (415) 437-8310, (800) 368-1019
TDD - (415) 437-8311, (800) 537-7697
FAX  - (415) 437-8329
http://www.hhs.gov/ocr/

**OFFICE OF THE SECRETARY**
**Office for Civil Rights, Pacific Region**
**90 7th Street, Suite 4-100**
**San Francisco, CA 94103**

May 31, 2017

Mr. Abe Pinzon
32950 Boice Lane
Fort Bragg, CA  95437

Re:  OCR Transaction Number:  17-269020

Dear Mr. Pinzon:

On April, 2017, the Office for Civil Rights (OCR), Department of Health and Human Services (HHS), received correspondence from you.

OCR enforces Federal civil rights laws that prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age, and, under certain circumstances, sex and religion.  OCR also has jurisdiction over health plans, health care clearinghouses, and certain health care providers with respect to enforcement of the Privacy, Security, and Breach Notification Rules promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Based upon review of your correspondence, we have determined that OCR will not investigate your complaint.  We see no connection between your concerns and any alleged discriminatory act prohibited by the regulations enforced by OCR.  We are closing your complaint and will take no further action regarding the issues you have raised.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

Thank you for bringing this to our attention.  We regret that we are unable to assist you in this matter.

Sincerely,

Michael Leoz
Regional Manager

Pg.33



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
# Office for Civil Rights

Southeast Region ● Atlanta Federal Center
Suite 16T70, 61 Forsyth Street, S.W. ● Atlanta, GA 30:
Voice: (800) 368-1019 ● TDD: (800) 537-7697
Fax: (404) 562-7881 ● www.hhs.gov/ocr

July 25, 2023

Abraham Pinzon
32950 Boice Lane
Ft. Braggs, CA 95437

RE:  OCR Transaction Number: 04-23-520708

Dear Abraham Pinzon:

Thank you for your correspondence to the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR).

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Based upon review of your correspondence, we have determined that OCR will not investigate your complaint.  The entity you complained about does not receive funds from HHS, and thus OCR has no jurisdiction over the entity.  We are closing your complaint and will take no further action regarding the issue(s) you have raised.

We regret that we are unable to assist you in this matter.

Sincerely,

*Ivey Pittman*

for/Barbara Stampul
Regional Manager

Pg.34

- 8 -

Plaintiff's claims against Mendocino Co. Health and Human Services Agency ( H.H.S.A. )

Claim #1)   This Agency three times embezzled federal funds for no reason, for zero cause; used no protocols from USDHHS rules: provided no notice. Flat out & out helped themselves to my existential income for harassment & displacement reason From onset in 2009 of federal benefit aid: Agency apparently thought I should live on less than I was allotted. History records the hostility to minorities from residents of Fort Bragg.

Claim #2)   Agency harassed me by abusing USDHHS programs administration. For 10 years plus. Tryed real hard to cleanse me from their population. Harassment in services. Different svcs.

Claim #3)   Agency while knowing they have done the alleged; plus knowing the U.S.D.H.H.S. was in their office about this matter; watches om as Leoz'lies come to surface: &  of course stands down to come forward: that's consistent with the ex-perience I've noticed. No integrity that's what impunity breeds. This omission to drag on the facade is interference to prosecution; in addition to the original deprivations. COURT NOTICE for punitive damages under section 1983 Method of operation to disregard & ignore valid complaints is substantiated by exhibits attached arguing this matter. 4 years ago. Deductions with hate as motive is dangerous.

A. Pinzon                                    1-10-18
Gen. Delivery Hayward
     Preface in Response to Latest Frenzied Strike
Medi-Cal has impeded care.
Medi-Cal has accused me of fraud.
Medi-Cal continually efforts to
    have me pay more than others
Equally qualified.
Mendocino County Social Services have
    efforted to have me pay more
for care than others.
Medi-Cal are the defrauders
Time's up on the fabrication
Time's up on the harassment
Time's up on the reverse process
Time's up on the abuse of power
Time's up on the discrimination & retaliation
Two of three of Medi-Cal's fraud are
Exhibited "D" & "H"
Exhibits "B" "C" contradict action
of Exhibit "D"
Reverse Process follows action of "H"
Between the fraudulent symbiosis from
County & State with my income (SSDI),
Health care, & the gross negligence to act
on SSI fraud; A hostile living environ-
ment results. A. Pinzon

P6.36  cc U.S. DHHS
           Social Security AD.

August 11, 2015                          Abraham G, Pinzon
                                         32950 Boice Ln.
                                         Ft. Bragg, CA. 95437
                                         (707)964-2632

TO: Social Security Administration
REGARDING: Thirteen years of S.S.I. fraud.

Recipient Stanislaus Lodarski has had two adult dependents (un-
declared) that he has provided for, for thirteen years.

Mr. Lodarski has three extra residences, within his paid for property
at 32900 Boice Ln, that with S.S.I. money, materials and possibly
money paid to the Countie's Building @ Planning Dept. for code
regulation violations @ conforming.

Mr. Lodarski purchased @ provided for two petty fugitives who came
to own Stan. While the County looked @ looks on-the predators grew
themselves a meth @ other drug peddling compound(heroin).

Stan is a submissive, addicted, socially retarded and deviant nei-
ghbor who is numb and dumbed with a village of residences in his
backyard where dedicated deadbeats and drug addicts call paradise.
Why, Stan buys and cooks, drives them or lends them his truck( as
long as they go up the street 'cause they have no drivers licenses.
THANKS to the derelict Governments that this meth compound exists
and that my own decompensation(medical) is due in part to gross
negligence, and no diligence, from overseer's of rules @ laws.

The local government is ignorant and intolerant has clearly re-
peatedly expressed that preferance to their accomodations are
that the white welfare defrauders at that address, drug addicted
unduly influencing threatning and nuicansing our neighborhood take
precadent over any valid request from an Abe Pinzon or his landlord.
Mendocino coast is a meth sanctuary and hostile to minority males.
FIND: substantiation to " CINDERELLA " life thanks to welfare fraud.

Pg 37                        Pg.1

The County has repeatedly enabled and empowered Stan's dependents which is a dedication one would typically find from an entity that is protecting(criminal activity) however that same action can also be a display of rabid racism(discrimination)! My landlord is a model citizen, 35+ years a homeowner a federally bondable employee; the deputies FAVOR the babbling lies from a junkie trying to secure a dozen more years of her cinderalla lifestyle of welfare fraud. That makes the municipality nothing more than drug peddling welfare defrauders.

Corruption or civil rights, it hardly is living environment worthy of accolades.

Stan's dependents have changed; Randall Lunt thankfully overdosed to death, the predator sloth Ashley Wilson was served with an eviction notice from Stan.

Stan has a new set of dependents enjoying the easy life from homeless to owning a dimwit, his backyard with three toolshack size crash pads/residences; it's a retirement compound for those low enough to take advantage of it.

The ADMINISTRATION should ACT on this; we are tired of this encampment destroying our neighborhood.

Currently a child, two male adults, two female adults and two dogs reside where only one house is legally a habitation. One adult with income and kitchen that is Stan the S.S.I. defrauder.

Abe Pinzon



P6.38          P6 2

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The throw the rules out mentality, presents with barbaric concepts. The impunity to criminality is so forbeding that a victim wants out from the clutches of the predators. Today on the first of October, I don't know if DHCS will be absconding my SSA income with some false claim that will cause me anger and; effort; to get recompensated. That jim crow tactic to deprive to displace; flaunt your power with impuned standards of abuse. It's a recipe for a low level of longevity. I need injunctive relief. I just spent the last 11 years being poked at for requireing equal treatment & accountability. I've sustained enough abuse from the U.S. courts of Calif., fraud, prejudice,exploitation & subversion makes me sick. My allegations have been proven; nation state can not respond. The cover- up portion from the federal gov't.; pathetic. An objective court;can handle these spineless bullies promptly. Insecurity is counter-productive to SSA existance. I would be benefitted by This Courts fact finding, consideration, summmation & relief finally dispensed/thru sincere adjudication. State & County bear significant damage assessment. Time less to securing rights from fleeing culprits @ $50. an hour.

7

Po.39

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *10 - 2* , 20*23*

Signature of Plaintiff

Printed Name of Plaintiff    *ABRAHAM C. PINZON*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

Pg. 40

8